IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RODNEY COTTMAN, | : | Case No. 1:20-cv-837 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| CEO CHURCK, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5) AND TERMINATING CASE**

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 5) in its entirety and **DISMISSES** Plaintiff's complaint with prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that for the reasons identified in the Report and Recommendation, an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGE MATTHEW W. McFARLAND